IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TOBIAS L. ROLLE,**

    **Petitioner,**

**v.**                                          Case No. 4:20-cv-372-AW-MAF

**MARK INCH, as Secretary of Florida
Department of Corrections,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 30, 2020 Report and Recommendation. ECF No. 3. No objections have been filed. The Report and Recommendation is now adopted and incorporated into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed for lack of jurisdiction as a second or successive petition." The clerk will then close the file.

SO ORDERED on September 27, 2020.

                                                  s/ *Allen Winsor*
                                                  United States District Judge